EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2018 TSPR 175 |
| Joseph E. Valentín Cuebas | 201 DPR ____ |

Número del Caso: TS-11,548

Fecha:  18 de octubre de 2018

Abogado de la peticionaria:

      Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Joseph E. Valentín Cuebas          TS-11,548

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de octubre de 2018.

Examinada la *Solicitud de cambio a estatus de abogado activo en el Registro Único de Abogados* que presentó el Sr. Joseph E. Valentín Cuebas, se declara con lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena al abogado Valentín Cuebas revisar su información de contacto en el RÚA para confirmar que esté actualizada.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo